Alfred J. Landegger, Esq. - State Bar No. 084419
alandegger@constangy.com
Michael S. Lavenant, Esq. – State Bar No. 198765
mlavenant@constangy.com
CONSTANGY, BROOKS & SMITH, LLP
15760 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 986-7561
Facsimile: (818) 986-5147

Attorneys for Defendants, Sky Chefs, Inc.
and Bacilia Laza

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CARDONA,<br><br>　　　　Plaintiff,<br>　v.<br><br>SKY CHEFS, INC., a Delaware corporation; LSG SKY CHEFS, a business entity form unknown; BACILIA LAZA; DOES 1 through 100, Inclusive<br><br>　　　　Defendants. | CASE NO.: CV 11-3019 GAF (Ex)<br><br>ORDER ON<br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

1
**STIPULATION OF DISMISSAL**

Printed on recycled paper

| | | |
|---|---|---|
| Dated: June 9, 2011 | | CONSTANGY, BROOKS & SMITH, LLP |

By: _____
Alfred J. Landegger, Esq.
Attorneys for Defendants
Sky Chefs, Inc. and Bacilia Laza

Dated: June 9, 2011                    THE NOURMAND LAW FIRM, APC

By: _____
Michael Nourmand, Esq.
Attorneys for Plaintiff
Dennis Cardona

**IT IS SO ORDERED.**

DATED: June 28, 2011

_____
UNITED STATES DISTRICT JUDGE